# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAURI MARIA PASQUA

VERSUS

SHANNON ELIZABETH WOODSIDE

NO. 2019 CW 1037

AUGUST 19, 2019

---

In Re: Shannon E. Woodside, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 215993.

---

BEFORE: GUIDRY, WELCH, AND HOLDRIDGE, JJ.

WRIT DENIED.

JMG
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT